IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THE TRUSTEES OF<br>PURDUE UNIVERSITY,<br><br>      Plaintiff,<br><br>      vs.<br><br>OMRON CORPORATION and<br>OMRON HEALTHCARE COMPANY,<br>LIMITED,<br><br>      Defendants. | Civil Action No. 4:17-cv-00099<br><br>JURY TRIAL DEMANDED |

## **APPEARANCE**

John R. Maley, of the law firm of Barnes & Thornburg LLP, hereby enters his Appearance on behalf of the Plaintiff The Trustees of Purdue University in the above-captioned matter.

Respectfully submitted,

*s/John R. Maley*
John R. Maley
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis Indiana  46204-3535
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Email:  john.maley@btlaw.com

*Attorney for Defendant*

DMS 11264932v1