**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

The Trustees of Purdue University
                              Plaintiff,

v.                                           Case No.: 1:20−cv−05443
                                             Honorable Elaine E. Bucklo

Omron Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 4, 2020:

  MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion to dismiss amended complaint [47] is denied. Enter Memorandum Opinion and Order. Status hearing is set for 1/12/2021 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 1/5/2021. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.