# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Trustees of Purdue University

                        Plaintiff,

v.                                                       Case No.: 1:20−cv−05443
                                                             Honorable Elaine E. Bucklo

Omron Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 17, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: The parties' joint motion for clarification is granted. The final date for plaintiff to join parties without leave of court is April 28, 2021. Joint motion for entry of protective order [103] is granted. Enter Protective Order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.