## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

The Trustees of Purdue University

                                    Plaintiff,

v.                                                           Case No.: 1:20−cv−05443

                                                                               Honorable Elaine E. Bucklo

Omron Healthcare, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 22, 2021:

      MINUTE entry before the Honorable Elaine E. Bucklo: Joint motion to amend/correct schedule [115] is granted. The parties' proposed schedule is adopted where agreed and includes the following: Close of fact discovery (until after claim construction ruling) is 1/7/2022; opening claim construction brief due 1/14/2022; response due by 2/11/2022; reply due by 2/25/2022. Status hearing set for 3/14/2022 at 09:45 AM (for tracking purposes only; no appearances will be required). Joint status report due 3/4/2022. The court will enter an order based on the report. The parties to note Judge Bucklo's standing order regarding bringing motions before the court (see www.ilnd.uscourt.gov, judges, Judge Bucklo). Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.